```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRIAN MIZWA,                 )
       Petitioner,           )
                             )
            v.               )    Civil Action No. 08-286
                             )    (Criminal No. 06-374)
UNITED STATES OF AMERICA,    )
       Respondent.           )

                           ORDER

       AND NOW, this 1st day of August, 2008, IT IS HEREBY

ORDERED that an evidentiary hearing on petitioner's motion

to vacate [document #53] will be held before the undersigned

on Friday, September 19, 2008 at 10 a.m..

                            BY THE COURT:


                            s/Gary L. Lancaster        , J.
_____    Hon. Gary L. Lancaster,
                            United States District Judge


     cc:  Patrick K. Nightingale, Esq.
          210 Grant Street
          Suite 401
          Pittsburgh, PA 15219

          Bruce J. Teitelbaum,
          Assistant United States Attorney
          400 U.S. Post Office & Courthouse
          Pittsburgh, PA 15219

          Brian Mizwa, #09170-068
          FCI-Seagoville
          P.O. Box 5000
          Seagoville, TX 75159-9000

          Federal Public Defender

          United States Marshal
```